UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| QUAINE NAKITIA FINLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:09-CV-304 |
| | ) (Phillips) |
| UNIVERSITY OF TENNESSEE | ) |
| KNOXVILLE DEPARTMENT | ) |
| OF UNIVERSITY HOUSING, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion for summary judgment by defendant University of Tennessee, Department of University Housing. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Quaine Nakitia Finley take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendant University of Tennessee, Department of University Housing recover of the plaintiff Quaine Nakitia Finley its costs of action.

The trial scheduled for May 22, 2012 is **CANCELLED.**

Dated at Knoxville, Tennessee, this _____ day of April, 2012.

**ENTER:**

ENTERED AS A JUDGMENT
s/ *Debra C. Poplin*
CLERK OF COURT

s/ Thomas W. Phillips
United States District Judge